UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 MAY 19  PM 1: 26
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>RYAN JAMES SIEVERS,<br>Defendant. | §§§§§§§§§§§ | CRIMINAL No.<br><br>**INDICTMENT**<br><br>[Violations: Counts I & III: 18 U.S.C. § 1704 – Stealing and Reproducing Keys or Locks Adopted by the Post Office; Counts II & IV: 18 U.S.C. § 1708 – Possession of Stolen Mail]<br>**A15 CR 0142 SS** |

THE GRAND JURY CHARGES:

### COUNT ONE
[18 U.S.C. § 1704]

On or about January 29, 2013, within the Western District of Texas, the Defendant,

**RYAN JAMES SIEVERS,**

knowingly and unlawfully possessed, with the intent to unlawfully and improperly use, sell and dispose of, and to cause to be unlawfully and improperly used, sold, and otherwise disposed of, a lock adopted by the Postal Service and in use on a lock box, lock drawer and other authorized receptacle for the deposit of mail matter, in violation of Title 18, United States Code, Section 1704.

## COUNT TWO
[18 U.S.C. § 1708]

On or about January 29, 2013, within the Western District of Texas, the Defendant,

**RYAN JAMES SIEVERS,**

did unlawfully have in his possession mail, namely a letter addressed to D. Patrick in Baton Rouge, Louisiana 70809, with a return address of J. L. in Austin, Texas 78737, which had been stolen, taken, embezzled and abstracted from a letter box, post office, mail receptacle, mail route and carrier, which was an authorized depository for mail matter, knowing the said letter to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter, in violation of 18 U.S.C. § 1708.

## COUNT THREE
## [18 U.S.C. § 1704]

On or about May 12, 2013, within the Western District of Texas, the Defendant,

**RYAN JAMES SIEVERS,**

knowingly and unlawfully possessed, with the intent to unlawfully and improperly use, sell and dispose of, and to cause to be unlawfully and improperly used, sold, and otherwise disposed of, a key suited to a lock adopted by the Postal Service and in use on a lock box, lock drawer and other authorized receptacle for the deposit of mail matter, in violation of Title 18, United States Code, Section 1704.

## COUNT FOUR
## [18 U.S.C. § 1708]

On or about May 12, 2013, within the Western District of Texas, the Defendant,

**RYAN JAMES SIEVERS,**

did unlawfully have in his possession an article, namely a Bank of America check drawn on the account of J. M. of Austin, Texas, in the amount of $23.96, which article had been contained in a letter, postal card, package, bag, and mail, which was stolen, taken, embezzled and abstracted from a letter box, post office, mail receptacle, mail route and carrier, which was an authorized depository for mail matter, knowing the said mail and article to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter, in violation of 18 U.S.C. § 1708.

A TRUE BILL:

SIGNATURE REDACTED PURSUANT
TO E-GOVERNMENT ACT OF 2002

RICHARD L. DURBIN, JR.
Acting United States Attorney

By:

MATT HARDING
Assistant U. S. Attorney