AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Western__ District of __Texas__

UNITED STATES OF AMERICA

V.

Ryan James Sievers

**WARRANT FOR ARREST**

Case Number: A-15-CR-142(1)-SS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Ryan James Sievers__
                                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release Violation Petition    ☐ Probation Violation Petition    **X** Supervised Release Violation    ☐ Violation Notice

charging him or her with  (brief description of offense)

☐ in violation of Title __18__ United States Code, Section(s) __3606__

☐ in violation of the conditions of his or her pretrial release imposed by the court.

in violation of the conditions of his or her supervision imposed by the court.

Jeannette Clack
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

September 15, 2017 - Austin, Texas
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named individual at:

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |